**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

IN RE: Bair Hugger Forced Air Warming Products Liability Litigation

MDL No. 15-md-02666-JNE-DTS

This Document Relates to the Following Cases:

*Arjona*, 25-cv-1497
*Harris*, 17-cv-2634
*Wood*, 17-cv-4690

**DEFENDANT'S MEET AND CONFER STATEMENT REGARDING DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS**

I, John P. Mandler, representing Defendant 3M Company ("3M"), hereby certify that counsel for 3M met and conferred with counsel for Plaintiffs between November 5th and 7th, via email, before filing of Defendant's Motion for Judgment on the Pleadings. Plaintiffs' counsel confirmed that they will oppose Defendant's Motion.

Respectfully submitted,

Date: December 15, 2025

*s/John P. Mandler*
John P. Mandler (#0194438)
M. Joseph Winebrenner (#0387889)
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 766-7000
john.mandler@faegredrinker.com
joe.winebrenner@faegredrinker.com

Benjamin W. Hulse (MN #0390952)
Mary S. Young (MN #0392781)
NORTON ROSE FULBRIGHT US LLP
60 South Sixth Street, Suite 3100
Minneapolis, MN 55402
Phone: (612) 321-2800
ben.hulse@nortonrosefulbright.com
mary.young@nortonrosefulbright.com

***Counsel for Defendant 3M Company and Arizant Healthcare Inc.***