**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-md-02666-JNE-DTS |
| This Document Relates to the Following Cases:<br><br>*Arjona*, 25-cv-1497<br>*Harris*, 17-cv-2634<br>*Wood*, 17-cv-4690 | **DECLARATION OF JOHN P. MANDLER IN SUPPORT OF DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS** |

I, John P. Mandler, an attorney admitted to practice before this Court, hereby declare under penalty of perjury as follows:

1. I am an attorney in the firm of Faegre Drinker Biddle & Reath LLP and counsel for 3M Company and Arizant Healthcare Inc. ("Defendants") in the above-captioned matter.

2. I make this Declaration in support of Defendants' Motion for Judgment on the Pleadings. The following facts are within my personal knowledge, and if called, I would testify as follows.

3. Attached hereto as Exhibit A is a true and correct copy of Case Management Order No. 28 dated October 26, 2020, filed in the matter of *In re Cook Medical, Inc., IVC Filters Mktg., Sales Pracs. and Prods. Liab. Litig.*, No. 1:14-ML-2570-RLY-TAB, Dkt. 14601 (S.D. Ind. Oct. 26, 2020).

4. Attached hereto as Exhibit B is a true and correct copy of the First Amended Master Short Form Complaint and Jury Trial Demand dated April 16, 2025, filed in the matter of *Pablo Arjona v. 3M Company and Arizant Healthcare Inc.*, MDL No. 15-2666, Case No. 25-cv-1497.

5. Attached hereto as Exhibit C is a true and correct copy of the First Amended Master Short Form Complaint and Jury Trial Demand dated July 7, 2017, filed in the matter of *Wanda Harris v. 3M Company and Arizant Healthcare Inc.*, MDL No. 15-2666, Case No. 17-cv-2634.

6. Attached hereto as Exhibit D is a true and correct copy of the First Amended Master Short Form Complaint and Jury Trial Demand dated October 13, 2017, filed in the matter of *Thomas Wood v. 3M Company and Arizant Healthcare Inc.*, MDL No. 15-2666, Case No. 17-cv-4690.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Respectfully submitted,

Date: December 15, 2025

*s/John P. Mandler*
John P. Mandler (#0194438)
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 766-7000
john.mandler@faegredrinker.com

***Counsel for Defendants 3M Company and Arizant Healthcare Inc.***