# UNITED STATES
# DISTRICT COURT
# DISTRICT OF MINNESOTA

**Warren E. Burger Federal Building and U.S. Courthouse**
316 North Robert Street
Room 100
St. Paul, MN 55101

**Diana E. Murphy U.S. Courthouse**
300 South Fourth Street
Room 202
Minneapolis, MN 55415

**Gerald W. Heaney Federal Building and U.S. Courthouse and Customhouse**
515 West First Street
Duluth, MN 55802

**Edward J. Devitt U.S. Courthouse and Federal Building**
118 South Mill Street
Fergus Falls, MN 56537

## TRANSMITTAL OF APPEAL

Date: 10/14/2026

To: U.S. COURT OF APPEALS, 8TH CIRCUIT

From: abr, U.S. District Court-Minnesota

In Re: District Court Case No. 25-cv-1497 (JNE/DTS)
Eighth Circuit Case No.: Not yet assigned
Case Title: Arjona v. 3M Company et al

The statutory filing fee has:
☒been paid, receipt number: AMNDC-13346187
☐not been paid as of
IFP ☐is ☐is not pending
☐been waived because:
☐Application for IFP granted ☐USA filed appeal

Length of Trial: N/A

Was a court reporter utilized? ☐Yes ☒No
If yes, please identify the court reporter: